**VIRGINIA:**

**IN THE CIRCUIT COURT FOR SUFFOLK COUNTY**
**Civil Division**

| | | |
|---|---|---|
| **SHANNON HOPE**<br>**9391 Southern Charm Circle**<br>**Brooksville, FL 34613** | : | |
| ***Plaintiff,*** | : | **Case No.:** CL26-1054 |
| **v.** | : | |
| **EUGINA BONNIE BRIGHT** | : | |
| **And** | : | |
| **John Doe** | : | |
| **And** | : | |
| **WERNER ENTERPRISES, INC.**<br>**Serve: Nathan Meisgeier**<br>**14507 Frontier Road**<br>**Omaha, NE 68138** | | |
| ***Defendants.*** | | |

**COMPLAINT**

COMES NOW the Plaintiff, Shannon Hope (hereinafter referred to as the "Plaintiff") by and through their attorney, Will Shanahan, Esq. and the law offices of Morgan & Morgan DC, PLLC and sues Jointly and Severally the Defendants **EUGINA BONNIE BRIGHT** , (hereinafter referred to as "Defendant BRIGHT") and Defendant John Doe (hereinafter referred to as "Defendant Doe") and Defendant Werner Enterprises (hereinafter referred to as "Defendant WERNER"), and states as follows:

EXHIBIT A

## PARTIES

1. That the Plaintiff is an individual who resides at the above address.
2. That upon information and belief the Defendant Bright is an individual who works for and is an agent of Defendant Werner.
3. That upon information and belief the Defendant Doe is an individual who works for and is an agent of Defendant Werner.
4. That upon information and belief that Defendant Werner's business address is listed above and that the Company is one who regularly conducts business in the Commonwealth of Virginia.

## JURISDICTION AND VENUE

5. Jurisdiction is vested in this Court and venue is also proper in this Court as the tortious injury occurred in Suffolk, Virginia.

## FACTS

6. On February 4, 2025, the Plaintiff was the restrained driver of her vehicle, which was parked in a Pilot Parking Lot on Centrepoint Drive near Route 58 Suffolk, VA while she and her co-driver were inside the cab placing lights.
7. At the same time, Defendant Eugina Bonnie Bright was operating a vehicle owned by Defendant Werner Enterprises Inc., was backing his truck up on the same location - Pilot Parking Lot on Centrepoint Drive near Route 58 Suffolk, VA.
8. Defendant Bright was an agent and/or employee of Defendant Werner at the time of the accident.

9. Defendant Bright was in the Scope of Employment of Defendant Werner at the time of the accident.
10. Defendant Bright's movement while reversing required him to maintain proper control and visibility of the area behind his vehicle.
11. Defendant Bright failed to maintain proper time and attention, failed to ensure that the path behind his vehicle was clear, and while backing up, caused a collision with Plaintiff's parked vehicle.
12. Defendant stated that he lost air in his brakes, resulting in the impact.
13. Defendant Bright failed to operate their vehicle in a safe manner under the circumstances and traffic conditions that existed at the time, and as a result, caused a violent collision with the Plaintiff.
14. As a result of the Defendants' negligent actions that caused the collision previously mentioned, the Plaintiff sustained serious and debilitating injuries.
15. This aforementioned collision occurred as the proximate result of the negligent conduct of the Defendants.
16. At all times relevant, the Plaintiff was free of any contributory negligence as to the cause of the collision and injuries sustained. Likewise, the Plaintiff did not assume the risk of injury.
17. In the alternative, at the same time, Defendant John Doe was operating a vehicle owned by Defendant Werner Enterprises Inc., backing his truck up in the same location - Pilot Parking Lot on Centrepoint Drive near Route 58 Suffolk, VA.
18. Defendant Doe was an agent and/or employee of Defendant Werner at the time of the accident.

19. Defendant Doe was in the Scope of Employment of Defendant Werner at the time of the accident.
20. Defendant Doe's movement while reversing required him to maintain proper control and visibility of the area behind his vehicle.
21. Defendant Doe failed to maintain proper time and attention, failed to ensure that the path behind his vehicle was clear, and while backing up, caused a collision with Plaintiff's parked vehicle. Defendant stated that he lost air in his brakes, resulting in the impact.
22. Defendant Doe failed to operate their vehicle in a safe manner under the circumstances and traffic conditions that existed at the time, and as a result, caused a violent collision with the Plaintiff.
23. As a result of the Defendants' negligent actions that caused the collision previously mentioned, the Plaintiff sustained serious and debilitating injuries.
24. This aforementioned collision occurred as the proximate result of the negligent conduct of the Defendants.
25. At all times relevant, the Plaintiff was free of any contributory negligence as to the cause of the collision and injuries sustained. Likewise, the Plaintiff did not assume the risk of injury.

## **COUNT I: NEGLIGENCE**

## **EUGINA BONNIE BRIGHT**

26. Plaintiff re-states and re-alleges each and every allegation set forth above as if fully set forth herein.
27. That Defendant Eugina Bonnie Bright had a duty to operate their vehicle with reasonable care and with due regard for others using the road.

28. That Defendant Eugina Bonnie Bright breached this duty and was negligent in that Defendant :

    a. Failed to pay full time and attention to their driving;
    b. Failed to keep a proper lookout;
    c. Failed to keep their vehicle under proper control;
    d. Failed to operate their vehicle in a safe manner under the conditions then and there prevailing;
    e. Failed to use reasonable care when operating their vehicle;
    f. Failed to obey traffic laws;
    g. Failed to take steps to avoid causing a collision
    h. Failed to generally operate their vehicle in a safe, reasonable, and prudent manner and was otherwise negligent in operating their vehicle.

29. As a direct and proximate result of Defendant 's above-describe negligence, the Plaintiff was caused to suffer serious injury to their persons, to include pain and suffering, emotional distress, loss of enjoyment of life, loss of opportunity, physical impairment, lost wages, medical expenses and other damages, with no negligence or lack of due care on their part contributing thereto.

30. The aforementioned damages are permanent and continuing in nature.

**COUNT II: NEGLIGENCE**

**JOHN DOE**

31. Plaintiff re-states and re-alleges each and every allegation set forth above as if fully set forth herein.

32. That Defendant John Doe had a duty to operate their vehicle with reasonable care and with due regard for others using the road.

33. That Defendant John Doe breached this duty and was negligent in that Defendant :

    a. Failed to pay full time and attention to their driving;

    b. Failed to keep a proper lookout;

    c. Failed to keep their vehicle under proper control;

    d. Failed to operate their vehicle in a safe manner under the conditions then and there prevailing;

    e. Failed to use reasonable care when operating their vehicle;

    f. Failed to obey traffic laws;

    g. Failed to take steps to avoid causing a collision

    h. Failed to generally operate their vehicle in a safe, reasonable, and prudent manner and was otherwise negligent in operating their vehicle.

34. As a direct and proximate result of Defendant 's above-describe negligence, the Plaintiff was caused to suffer serious injury to their persons, to include pain and suffering, emotional distress, loss of enjoyment of life, loss of opportunity, physical impairment, lost wages, medical expenses and other damages, with no negligence or lack of due care on their part contributing thereto.

35. The aforementioned damages are permanent and continuing in nature

**COUNT III: VICARIOUS LIABILITY**

**WERNER ENTERPRISES, INC.**

36. Plaintiff re-states and re-alleges each and every allegation set forth above as if fully set forth herein.
37. In addition, or in the alternative, Defendant Werner was the owner of the vehicle that Defendant was operating at the time of the accident.
38. In addition, Defendant Werner was driving said vehicle with the permission of the owner, Defendant Werner Enterprises, Inc.
39. Defendants Bright and Doe were agents and/or employees of Defendant Werner.
40. Defendants Bright and Doe were in the Scope of Employment at the time of the accident.
41. Respondent Superior holds that an employer (Werner) is liable for the negligence of its' employees (Bright and Doe) while in the Scope of Employment.
42. In addition, should this Court find negligence by Defendant Werner Enterprises Inc., then Defendant is jointly and severally liable to the Plaintiff.

WHEREFORE, the Plaintiff, Shannon Hope respectfully requests that this court grant Joint and Several judgment in his favor for a personal injury action against Defendant, Bright Defendant Doe and Werner Enterprises, in the amount of ($10,000,000.00) for compensatory damages, or such other amounts as permitted by law, as well as and such further relief as this Court Deems just a proper. The Plaintiff reserves the right to plead attorneys' fees and costs and any point in this litigation that this Court Deems just a proper.

**JURY TRIAL DEMAND**

Plaintiff, by and through the undersigned counsel, hereby requests a jury trial on all triable issues in the above-captioned manner.

Respectfully submitted,

Dated: March 25, 2026

/s/ William E Shanahan
Will Shanahan, Esq.
Virginia State Bar Number 46451
Morgan & Morgan DC, PLLC
20 M St SE, 6th Floor
Washington, DC 20003
(771) 244-6805
william.shanahan@forthepeople.com
*Attorney for Plaintiff*

# COVER SHEET FOR FILING CIVIL ACTIONS

COMMONWEALTH OF VIRGINIA

Case No. CL26-1054
(CLERK'S OFFICE USE ONLY)

Suffolk County Circuit Court

Shannon Hope v./*In re:* Eugina Bonnie Bright; John Doe; Werner Enterprises, Inc.
PLAINTIFF(S) DEFENDANT(S)

I, the undersigned [ ] plaintiff [ ] defendant [✓] attorney for [✓] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

## GENERAL CIVIL

**Subsequent Actions**
- [ ] Claim Impleading Third Party Defendant
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Counterclaim
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Cross Claim
- [ ] Interpleader
- [ ] Reinstatement (other than divorce or driving privileges)
- [ ] Removal of Case to Federal Court

**Business & Contract**
- [ ] Attachment
- [ ] Confessed Judgment
- [ ] Contract Action
- [ ] Contract Specific Performance
- [ ] Detinue
- [ ] Garnishment

**Property**
- [ ] Annexation
- [ ] Condemnation
- [ ] Ejectment
- [ ] Encumber/Sell Real Estate
- [ ] Enforce Vendor's Lien
- [ ] Escheatment
- [ ] Establish Boundaries
- [ ] Landlord/Tenant
  - [ ] Unlawful Detainer
- [ ] Mechanics Lien
- [ ] Partition
- [ ] Quiet Title
- [ ] Termination of Mineral Rights

**Tort**
- [ ] Asbestos Litigation
- [ ] Compromise Settlement
- [ ] Intentional Tort
- [ ] Medical Malpractice
- [✓] Motor Vehicle Tort
- [ ] Product Liability
- [ ] Wrongful Death
- [ ] Other General Tort Liability

## ADMINISTRATIVE LAW
- [ ] Appeal/Judicial Review of Decision of (select one)
  - [ ] ABC Board
  - [ ] Board of Zoning
  - [ ] Compensation Board
  - [ ] DMV License Suspension
  - [ ] Employee Grievance Decision
  - [ ] Employment Commission
  - [ ] Local Government
  - [ ] Marine Resources Commission
  - [ ] School Board
  - [ ] Voter Registration
  - [ ] Other Administrative Appeal

## DOMESTIC/FAMILY
- [ ] Adoption
  - [ ] Adoption – Foreign
- [ ] Adult Protection
- [ ] Annulment
  - [ ] Annulment – Counterclaim/Responsive Pleading
- [ ] Child Abuse and Neglect – Unfounded Complaint
- [ ] Civil Contempt
- [ ] Divorce (select one)
  - [ ] Complaint – Contested*
  - [ ] Complaint – Uncontested*
  - [ ] Counterclaim/Responsive Pleading
  - [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
- [ ] Separate Maintenance
  - [ ] Separate Maintenance Counterclaim

## WRITS
- [ ] Certiorari
- [ ] Habeas Corpus
- [ ] Mandamus
- [ ] Prohibition
- [ ] Quo Warranto

## PROBATE/WILLS AND TRUSTS
- [ ] Accounting
- [ ] Aid and Guidance
- [ ] Appointment (select one)
  - [ ] Guardian/Conservator
  - [ ] Standby Guardian/Conservator
  - [ ] Custodian/Successor Custodian (UTMA)
- [ ] Trust (select one)
  - [ ] Impress/Declare/Create
  - [ ] Reformation
- [ ] Will (select one)
  - [ ] Construe
  - [ ] Contested

## MISCELLANEOUS
- [ ] Amend Birth/Death Certificate
- [ ] Appointment (select one)
  - [ ] Church Trustee
  - [ ] Conservator of Peace
  - [ ] Marriage Celebrant
- [ ] Approval of Transfer of Structured Settlement
- [ ] Bond Forfeiture Appeal
- [ ] Declaratory Judgment
- [ ] Declare Death
- [ ] Driving Privileges (select one)
  - [ ] Reinstatement pursuant to § 46.2-427
  - [ ] Restoration – Habitual Offender or 3rd Offense
- [ ] Expungement
- [ ] Firearms Rights – Restoration
- [ ] Forfeiture of Property or Money
- [ ] Freedom of Information
- [ ] Injunction
- [ ] Interdiction
- [ ] Interrogatory
- [ ] Judgment Lien-Bill to Enforce
- [ ] Law Enforcement/Public Official Petition
- [ ] Name Change
- [ ] Referendum Elections
- [ ] Sever Order
- [ ] Taxes (select one)
  - [ ] Correct Erroneous State/Local
  - [ ] Delinquent
- [ ] Vehicle Confiscation
- [ ] Voting Rights – Restoration
- [ ] Other (please specify) ..........

[✓] Damages in the amount of $ 10,000,000.00 are claimed.

3/25/2026
DATE

*William E. Shanahan*
[ ] PLAINTIFF [ ] DEFENDANT [✓] ATTORNEY FOR [✓] PLAINTIFF [ ] DEFENDANT

William E. Shanahan, Esq.
PRINT NAME

20 M St SE, Suite 600, Washington DC 20003
ADDRESS/TELEPHONE NUMBER OF SIGNATOR

(771) 244-6805

william.shanahan@forthepeople.com
EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

# Civil Action Type Codes
# (Clerk's Office Use Only)

Accounting ....... ACCT
Adoption ....... ADOP
Adoption – Foreign ....... FORA
Adult Protection ....... PROT
Aid and Guidance ....... AID
Amend Birth/Death Certificate ....... AVR
Annexation ....... ANEX
Annulment ....... ANUL
Annulment – Counterclaim/Responsive Pleading .. ACRP
Appeal/Judicial Review
- ABC Board ....... ABC
- Board of Zoning ....... ZONE
- Compensation Board ....... ACOM
- DMV License Suspension ....... JR
- Employment Commission ....... EMP
- Employment Grievance Decision ....... GRV
- Local Government ....... GOVT
- Marine Resources ....... MAR
- School Board ....... JR
- Voter Registration ....... AVOT
- Other Administrative Appeal ....... AAPL

Appointment
- Conservator of Peace ....... COP
- Church Trustee ....... AOCT
- Custodian/Successor Custodian (UTMA) ....... UTMA
- Guardian/Conservator ....... APPT
- Marriage Celebrant ....... ROMC

Approval of Transfer of Structured Settlement ....... SS
Asbestos Litigation ....... AL
Attachment ....... ATT
Bond Forfeiture Appeal ....... BFA
Child Abuse and Neglect – Unfounded Complaint .. CAN
Civil Contempt ....... CCON
Claim Impleading Third Party Defendant – Monetary Damages/No Monetary Damages ....... CTP
Complaint – (Miscellaneous) ....... COM
Compromise Settlement ....... COMP
Condemnation ....... COND
Confessed Judgment ....... CJ
Contract Action ....... CNTR
Contract Specific Performance ....... PERF
Counterclaim – Monetary Damages/No Monetary Damages ....... CC
Cross Claim ....... CROS
Declaratory Judgment ....... DECL
Declare Death ....... DDTH
Detinue ....... DET
Divorce
- Complaint – Contested/Uncontested ....... DIV
- Counterclaim/Responsive Pleading ....... DCRP
- Reinstatement – Custody/Visitation/Support/ Equitable Distribution ....... CVS

Driving Privileges
- Reinstatement pursuant to § 46.2-427 ....... DRIV
- Restoration – 3rd Offense ....... REST

Ejectment ....... EJET
Encumber/Sell Real Estate ....... RE
Enforce Vendor's Lien ....... VEND
Escheatment ....... ESC
Establish Boundaries ....... ESTB
Expungement ....... XPUN
Forfeiture of Property or Money ....... FORF
Freedom of Information ....... FOI
Garnishment ....... GARN
Injunction ....... INJ
Intentional Tort ....... ITOR
Interdiction ....... INTD
Interpleader ....... INTP
Interrogatory ....... INTR
Judgment Lien – Bill to Enforce ....... LIEN
Landlord/Tenant ....... LT
Law Enforcement/Public Official Petition ....... LEP
Mechanics Lien ....... MECH
Medical Malpractice ....... MED
Motor Vehicle Tort ....... MV
Name Change ....... NC
Other General Tort Liability ....... GTOR
Partition ....... PART
Permit, Unconstitutional Grant/Denial by Locality LUC
Petition – (Miscellaneous) ....... PET
Product Liability ....... PROD
Quiet Title ....... QT
Referendum Elections ....... ELEC
Reinstatement (Other than divorce or driving privileges) ....... REIN
Removal of Case to Federal Court ....... REM
Restore Firearms Rights – Felony ....... RFRF
Restore Firearms Rights – Review ....... RFRR
Separate Maintenance ....... SEP
Separate Maintenance – Counterclaim/Responsive Pleading ....... SCRP
Sever Order ....... SEVR
Sex Change ....... COS
Taxes
- Correct Erroneous State/Local ....... CTAX
- Delinquent ....... DTAX

Termination of Mineral Rights ....... MIN
Trust – Impress/Declare/Create ....... TRST
Trust – Reformation ....... REFT
Uniform Foreign Country Money Judgments ....... RFCJ
Unlawful Detainer ....... UD
Vehicle Confiscation ....... VEH
Violation – Election Law ....... VEL
Voting Rights – Restoration ....... VOTE
Will Construction ....... CNST
Will Contested ....... WILL
Writs
- Certiorari ....... WC
- Habeas Corpus ....... WHC
- Mandamus ....... WM
- Prohibition ....... WP
- Quo Warranto ....... WQW

Wrongful Death ....... WD